# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC, and ALL-BORO CONSTRUCTION GROUP, INC., | : Case No.: 2:23-cv-00238-PKC-AYS : : : : |
| Plaintiff, | : **NOTICE OF APPEARANCE** |
| vs. | : **BY MICHAEL J. FRIMET** : **ON BEHALF OF PLAINTIFF** : |
| ARCH SPECIALTY INSURANCE COMPANY | : : |
| Defendants. | : |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC, and ALL-BORO CONSTRUCTION GROUP, INC.

Dated: New York, New York
      February 3, 2023

Respectfully submitted,

By: _____
Michael J. Frimet (MF2051)
VOGRIN & FRIMET, LLP
150 Broadway, Suite 1200
New York, New York 10038
Tel: (212) 513-1075
Fax: (212) 346-9063
mfrimet@vogrinfrimet.com
*Attorneys for Plaintiff*