UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
JUAN CARLOS INTERIANO, Individually, and JUAN
CARLOS INTERIANO, as assignee of ALL-BORO
REHAB CONSTRUCTION CORP., ALL BORO
GROUP, LLC, and ALL-BORO CONSTRUCTION
GROUP, INC.,

                Plaintiffs,

     -against-

ARCH SPECIALTY INSURANCE COMPANY,

                Defendant.
----------------------------------------------------------------- x

Case No.: 23-cv-00238-PKC-AYS

Hon. Pamela K. Chen

NOTICE OF MOTION
TO BE RELIEVED AS
COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of George J. Vogrin dated December 19, 2024, the accompanying Memorandum of Law, the Stipulation and Request to So-Order Substitution of Counsel, and upon all pleadings and proceedings heretofore had herein, Plaintiff, JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., by its attorneys Vogrin & Frimet, LLP, will move this Court on a date and at a time set by the Court, before Hon. Pamela K. Chen, at the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order to be relived as counsel pursuant to Local Rule 1.4, and to substitute Nicholas Goodman as counsel of record for Plaintiff.

Dated: New York, New York
       December 19, 2024

Respectfully submitted,

**VOGRIN & FRIMET, LLP**

BY: _____
George J. Vogrin
150 Broadway, Suite 1200
New York, NY 10038
Tel: 212-513-1075
gvogrin@vogrinfrimet.com
*Attorneys for Plaintiffs*