UNITED STATES DISTICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
JUAN CARLOS INTERIANO, Individually, and JUAN
CARLOS INTERIANO, as assignee of ALL-BORO
REHAB CONSTRUCTION CORP., ALL BORO
GROUP, LLC, and ALL-BORO CONSTRUCTION
GROUP, INC.,

      Plaintiffs,

  -against-

ARCH SPECIALTY INSURANCE COMPANY,

      Defendant.
--------------------------------------------------------------------- x

Case No.: 23-cv-00238-PKC-AYS

DECLARATION OF
GEORGE J. VOGRIN
IN SUPPORT OF
MOTION TO BE
RELIEVED AS
COUNSEL

GEORGE J. VOGRIN, ESQ. declares the following under penalty of perjury:

1.   I am a partner with the law firm of Vogrin & Frimet, LLP, attorneys of record for Plaintiff Juan Carlos Interiano, Individually, ("Interiano") and Juan Carlos Interiano, as assignee of All-Boro Rehab Construction Corp. ("Plaintiff") in this action. As such, I am fully familiar with the pleadings, circumstances, and proceedings in the instant action.

2.   This affirmation is submitted in support of Vogrin & Frimet, LLP's motion to be relieved as counsel.

3.   Effective January 1, 2025, counsel of record for Plaintiff, George Vogrin, Esq., Michael Frimet, Esq., and Jamie Denenberg, Esq. anticipate joining a new law firm and will be conflicted from handling this matter.

4.   Before oral argument on two letter motions before the Honorable Magistrate Judge Shields, Mr. Vogrin advised the Court of this upcoming conflict. *See* ECF docket: Scheduling Order re 37, dated December 5, 2024. Oral argument on the letter motions was not held due to the upcoming conflict.

5. Nicholas Goodman, Esq. of Nicholas Goodman & Associates, PLLC, has agreed to represent Plaintiff in this action.

6. Mr. Interiano signed a stipulation to substitute Mr. Goodman as counsel in this action. Attached hereto as **Exhibit A** is the stipulation to substitute counsel signed by Mr. Vogrin, Mr. Goodman and Mr. Interiano.

7. I spoke with counsel for Arch Specialty Insurance Company, Aaron Mandel, Esq. who advised that Arch will not oppose the instant motion.

In accordance with 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 19, 2024

Respectfully submitted,

**VOGRIN & FRIMET, LLP**

BY: _____
George J. Vogrin
*Attorneys for Plaintiffs*