# EXHIBIT A

Case 2:23-cv-00238-PKC-AYS Document 48-3 Filed 12/19/24 Page 1 of 3 PageID #: 1335

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN CARLOS INTERIANO, Individually, and
JUAN CARLOS INTERIANO, as assignee of
ALL-BORO REHAB CONSTRUCTION CORP.,
ALL BORO GROUP, LLC, and
ALL-BORO CONSTRUCTION GROUP, INC.,

                     Plaintiff,

-against-

ARCH SPECIALTY INSURANCE COMPANY,

                     Defendant.
-------------------------------------------------------------------X

Case No.: 23-cv-00238-PKC-AYS

**STIPULATION AND REQUEST TO SO-ORDER SUBSTITUTION OF COUNSEL**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, Plaintiff, JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., requests the following substitution of counsel subject to the approval of the Court:

| Former Counsel of Record for Plaintiff: | New Counsel of Record for Plaintiff: |
|---|---|
| George J. Vogrin<br>Michael J. Frimet<br>Jamie E. Denenberg<br>VOGRIN & FRIMET, LLP<br>150 Broadway, Suite 1200<br>New York, NY 10038<br>Tel: 212-513-1075<br>gvogrin@vogrinfrimet.com<br>mfrimet@vogrinfrimet.com<br>jdenenberg@vogrinfrimet.com | H. Nicholas Goodman<br>Nicholas Goodman & Associates, PLLC<br>333 Park Avenue South, Suite 3A<br>New York, N.Y. 10010<br>Tel: (212) 227-9003<br>ngoodman@ngoodmanlaw.com |

I consent to the above substitution.

DATE: 12-11-2024

_Juan C. Interiano_
Juan Carlos Interiano, Plaintiff

1

I consent to the above substitution. I acknowledge that I will no longer be associate local counsel after this substitution is approved.

DATE:  December 11, 2024           **VOGRIN & FRIMET, LLP**

BY: _____
George J. Vogrin
*Former Attorneys for Plaintiff*

I consent to being substituted. I hereby consent to the above designation as Plaintiff's new counsel. I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: December 18, 2024          **Nicholas Goodman & Associates, PLLC**

BY: _____
H. Nicholas Goodman
*New Attorneys for Plaintiff*

### **ORDER**

The requested substitution of counsel is hereby APPROVED and is so ORDERED.

DATED:

BY: _____

United States District Judge

2