UNITED STATES DISTICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JUAN CARLOS INTERIANO, Individually, and
JUAN CARLOS INTERIANO, as assignee of
ALL-BORO REHAB CONSTRUCTION CORP., ALL
BORO GROUP, LLC, and ALL-BORO
CONSTRUCTION GROUP, INC.,

       Plaintiff,

  -against-

ARCH SPECIALTY INSURANCE COMPANY,

       Defendant.
-------------------------------------------------------------------x

Case No.: 2:23-cv-00238-PKC-AYS

**NOTICE OF CHANGE
OF FIRM, ADDRESS, AND
CONTACT INFORMATION**

  **PLEASE TAKE NOTICE** that effective January 1, 2025, Lawrence Klein and Aaron F. Mandel moved from the law firm Robinson & Cole LLP to the law firm DAC Beachcroft LLP.

Going forward, counsel's contact information is as follows:

**DAC Beachcroft LLP
55 Broadway, Suite 1602
New York, New York 10006
Tel: (212) 513-1075
Fax: (212) 364-9063
lklein@dacbeachcroft.com
amandel@dacbeachcroft.com
elankton@dacbeachcroft.com**

Dated: New York, New York
    January 8, 2025

DAC BEACHCROFT LLP

/s/ Aaron F. Mandel
Aaron F. Mandel
55 Broadway, Suite 1602
New York, New York 10006
Tel: 212-513-1075
Fax: 212-364-9063
amandel@dacbeachcroft.com
*Attorneys for Defendant
Arch Specialty Insurance Co.*