# DAC BEACHCROFT

(917) 268-3907
amandel@dacbeachcroft.com

January 29, 2025

*Via ECF*

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722

Re:   *Interiano v. Arch Specialty Insurance Co.*, Case No. 23-cv-0238-PKC-AYS

Dear Judge Shields:

  Our firm represents defendant Arch Specialty Insurance Co. ("Arch") in the above-referenced matter. Together with plaintiff Juan Carlos Interiano ("Plaintiff"), we write to jointly request an extension of the fact discovery deadline in this matter from February 27, 2025 to June 6, 2025.

  As Your Honor may recall, Plaintiff recently became represented in this matter by new counsel. Plaintiff's new counsel is still in the process of familiarizing themselves with this matter, but that process unfortunately has been delayed as a result of a personal tragedy.

  In light of the foregoing, the parties jointly and respectfully request that the Court extend the fact discovery deadline from February 27, 2025 to June 6, 2025. The parties have not previously requested an extension of the fact discovery deadline, and all parties consent to the proposed extension.

Very truly yours,

*Aaron F. Mandel*

**Aaron F. Mandel**

cc:   All Counsel of Record (via ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 212 513 1075 fax: +1 212 346 9063

DAC Beachcroft - an international law firm

DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.