# DAC BEACHCROFT

(917) 268-3907
amandel@dacbeachcroft.com

February 20, 2025

**VIA ECF**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Interiano v. Arch Specialty Insurance Co.*, Case No. 23-cv-0238-PKC-AYS

Dear Judge Chen:

    Our firm represents defendant Arch Specialty Insurance Co. ("Arch") in the above-referenced matter. As directed by Your Honor during the January 21, 2025 Pre-Motion Conference, we write to advise the Court that Arch will not be filing a Motion for Partial Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) with respect to Count III of Plaintiff Juan Carlos Interiano's Amended Complaint.

    Respectfully submitted,

*Aaron F. Mandel*

**Aaron F. Mandel**

cc:    All Counsel of Record (*via* ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 212 513 1075 fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.