# DAC BEACHCROFT

(917) 268-3907
amandel@dacbeachcroft.com

February 21, 2025

**VIA ECF**
Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722

Re:   *Interiano v. Arch Specialty Insurance Co.*, Case No. 23-cv-0238-PKC-AYS

Dear Judge Shields:

Our firm represents Defendant Arch Specialty Insurance Co. ("Arch") in the above-referenced matter. We respectfully write to seek clarification with respect to Your Honor's February 18, 2025 Order (the "Order"), issued after the Scheduling Conference held that same day.

The Order denied Arch's pending motion to modify the subpoena Plaintiff served on Armour (the "Motion to Modify"). But although Your Honor noted that the Court was prepared to rule on Plaintiff's motion to compel production of Arch's contract with Armour, there was no discussion regarding the Motion to Modify. Rather, our understanding from the Scheduling Conference was that we and Plaintiff's counsel were to further meet and confer on whether Plaintiff was continuing to seek the production of documents from Armour after Arch produced a copy of its contract with Armour.

To avoid any confusion, we respectfully request the Court's clarification as to whether: (1) Arch's Motion to Modify remains pending, subject to further meet and confer efforts, which the parties will report on in their March 18 joint status letter; or (2) Arch's Motion to Modify has been denied without prejudice to renew after further meet and confer efforts between the parties.

We thank the Court for its attention to these matters.

Respectfully submitted,

*Aaron F. Mandel*

**Aaron F. Mandel**

cc:   All Counsel of Record (*via* ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 212 513 1075   fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.