| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ENTRY** |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 2/18/25<br>TIME: 9:30 AM<br>FTR: 9:30-9:48 |

CASE: **CV 23-238 (PKC) (AYS)** Interiano et al v. Arch Specialty Insurance Company

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:          Plaintiff:  Patrick Selvey

                              Defendant: Aaron Mandel

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.