# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

H. NICHOLAS GOODMAN
PATRICK L. SELVEY, JR.

ARSLAN CHOUDHERY
*PARALEGAL*

**(212) 227-9003**

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*
*ALSO ADMITTED IN NEW JERSEY

March 15, 2025

*Via ECF*
Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

  Re: *Juan Carlos Interiano, et al. v. Arch Specialty Insurance Company*
    **United States District Court, E.D.N.Y. Case No. 2:23-cv-238-PKC-AYS**

Dear Judge Shields:

  This firm represents Plaintiff, Juan Carlos Interiano ("Plaintiff") in the above-referenced matter. We write jointly with counsel for Defendant Arch Specialty Insurance Co. ("Arch") to request clarification regarding the Court's Scheduling Order following the February 18, 2025, telephonic conference.

  Specifically, by that Scheduling Order, Your Honor directed the parties to submit a joint status letter on or before March 18, 2025, containing the following:

  (1) a statement as to whether the parties have resolved their issues regarding any conflict of counsel or whether any party will be making a motion to disqualify counsel; (2) confirmation that all document discovery has been completed; (3) a statement whether Plaintiff is still seeking the documents other than the Armour Contract that were the subject of their prior motion to compel; (4) the identities of all individuals who will be deposed herein and dates certain for their depositions; and, (5) a statement by Defendant as to whether they are still intending to make a Rule 12(c) motion.

  Counsel for both parties having met and conferred in good faith, Plaintiff intends to move to disqualify Defendant's counsel due to the imputed conflict of interest as discussed at the above referenced February 18 conference. Defendant, for its part, does not intend to make a Rule 12(c) motion at this time.

  In light of Plaintiff's anticipated motion, and the fact that, should the motion prove successful, Defendant will have to retain new counsel, counsel for both parties agree that the issue of disqualification should be decided prior to making any binding commitments or determinations regarding the balance of the discovery issues outlined in the above scheduling Order.

**николас Goodman & Associates, PLLC**

     Thus, the parties jointly and respectfully request an extension of the discovery deadlines outlined in the Court's February 28, 2025, Scheduling Order, and seek the Court's guidance on how to proceed regarding the joint letter the parties were directed to submit on or before March 18, 2025.

     Should the court wish to hold a telephonic conference on this matter, counsel for both parties are available Monday after 2:00pm.

                                                  Very truly yours,

                                                 H. Nicholas Goodman

cc:    All Counsel of Record (via ECF)