# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

**(212) 227-9003**

H. NICHOLAS GOODMAN
PATRICK L. SELVEY, JR.

ARSLAN CHOUDHERY
*PARALEGAL*

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*
*ALSO ADMITTED IN NEW JERSEY

April 15, 2025

*Via ECF*
Hon. Pamela K. Chen
United States District Judge
United States District Court, E.D.N.Y
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

Re: *Juan Carlos Interiano, et al. v. Arch Specialty Insurance Company*
U.S.D.C., E.D.N.Y. Case No. 2:23-cv-238-PKC-AYS
**Proposed Briefing Schedule for Plaintiff's Motion to Disqualify**

Dear Judge Shields:

This firm represents Plaintiff, Juan Carlos Interiano ("Plaintiff") in the above-referenced matter. We write jointly with counsel for Defendant Arch Specialty Insurance Co. ("Arch") to submit a proposed briefing schedule for Plaintiff's motion to disqualify Defendant's counsel due to a conflict of interest.

Counsel for the parties have conferred and have agreed to the following briefing schedule:

April 21, 2025:   Plaintiff's Motion Papers Due

May 19, 2025:   Defendant's Opposition Papers Due

May 30, 2025:   Plaintiff's Reply Papers Due

If approved, the parties will electronically file their respective motion papers when the motion is fully briefed on May 30, 2025, or on such other date as this Court orders. Plaintiff requests oral argument on the motion.

Very truly yours,

Patrick L. Selvey

cc:   All counsel of record (via ECF)