# NICHOLAS GOODMAN & ASSOCIATES, PLLC

### 333 PARK AVENUE SOUTH, SUITE 3A
### NEW YORK, N.Y. 10010

H. NICHOLAS GOODMAN
PATRICK L. SELVEY, JR.

ARSLAN CHOUDHERY
*PARALEGAL*

**(212) 227-9003**

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*
*ALSO ADMITTED IN NEW JERSEY

April 30, 2025

*<u>Via Electronic Mail</u>*
Lawrence J. Klein (lklein@dacbeachcroft.com)
Aaron Mandel (amandel@dacbeachcroft.com)
DAC Beachcroft LLP
55 Broadway, Suite 1602
New York, New York 10006

> **Re:** ***<u>Juan Carlos Interiano, et al. v. Arch Specialty Insurance Company</u>***
> **United States District Court, E.D.N.Y. Case No. 2:23-cv-238-PKC-AYS**
> **Motion to Disqualify Cover Letter**

Counselors:

As you are aware, this firm represents the interests of the Plaintiff in the above-referenced matter.

Pursuant to Section 3(D) of Judge Pamela K. Chen's Individual Practices and Rules, enclosed herewith are Plaintiff's Notice of Motion, Memorandum of Law, Affirmation of H. Nicholas Goodman, and Exhibits "A" and "B" in support of Plaintiff's motion to disqualify.

Very truly yours,

Patrick L. Selvey

cc:    H. Nicholas Goodman (ngoodman@ngoodmanlaw.com)