# DAC BEACHCROFT

(917) 268-3907
amandel@dacbeachcroft.com

May 30, 2025

**Via Email**
Patrick L. Selvey
Nicholas Goodman & Associates, PLLC
333 Park Avenue, Suite 3A
New York, New York 10006

Re:   *Interiano v. Arch Specialty Insurance Company*, Case No. 2:23-cv-00238-PKC-AYS

Dear Mr. Selvey:

As you know, our firm represents Defendant Arch Specialty Insurance Company ("Arch") in the above referenced matter. Pursuant to Rule 3.D. of Judge Chen's Individual Rules of Practice, attached please find Arch's Opposition to Plaintiff's Motion to Disqualify Counsel, including the following:

1- Declaration of Lawrence Klein;

2- Declaration of Aaron F. Mandel, with exhibits;

3- Declaration of Eric S. Lankton;

4- Declaration of Shivang S. Gandhi;

5- Declaration of Patrick Firebrace; and

6- Memorandum of Law in Opposition.

Please contact me with any questions or concerns.

Very truly yours,

*Aaron F. Mandel*

**Aaron F. Mandel**

cc:   The Honorable Pamela K. Chen (*via* ECF)
All Counsel of Record (*via* ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 212 513 1075 fax: +1 212 346 9063

DAC Beachcroft - an international law firm

DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.