**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC and ALL-BORO CONSTRUCTION GROUP, INC.,**

        **Plaintiff,**

  - against -

**ARCH SPECIALTY INSURANCE COMPANY,**

        **Defendant.**

------------------------------------------------------------------X

Case No. 23-cv-238-PKC-AYS

      **PLEASE TAKE NOTICE,** that Plaintiff **JUAN CARLOS INTERIANO Individually and as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC and ALL-BORO CONSTRUCTION GROUP, INC.** ("Plaintiff"), upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Disqualify Defendant's Current Counsel, the Affirmation of H. Nicholas Goodman dated April 30, 2025, and the exhibits annexed thereto, hereby move this Court on a date and time set by the Court, before the Hon. Pamela K. Chen, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, Courtroom 4F, for an Order disqualifying DAC Beachcroft LLP ("Beachcroft") from continuing to represent Defendant **ARCH SPECIALTY INSURANCE COMPANY** due to a conflict of interest, together with such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that opposing papers, if any, are to be served on the undersigned no later than May 30, 2025, and reply papers, if any, are to be served no later than June 16, 2025, pursuant to the Court's Docket Text Order of April 23, 2025.

Dated: New York, New York
April 30, 2025

                              Yours, etc.
                              NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
                              H. Nicholas Goodman
                              Patrick L. Selvey
                              *Attorneys for Plaintiff*
                              **JUAN CARLOS INTERIANO**
                              333 Park Avenue South, Suite 3A
                              New York, New York 10010
                              (212) 227-9003
                              ngoodman@ngoodmanlaw.com
                              pselvey@ngoodmanlaw.com

*<u>Via ECF</u>*
Lawrence J. Klein
Aaron Mandel
DAC BEACHCROFT LLP
*Attorneys for Defendant*
**ARCH SPECIALTY INSURANCE COMPANY**
55 Broadway, Suite 1602
New York, New York
lklein@dacbeachcroft.com
amandel@dacbeachcroft.com