# EXHIBIT C

## Mandel, Aaron

| | |
|---|---|
| **From:** | Patrick Selvey <Pselvey@ngoodmanlaw.com> |
| **Sent:** | Thursday, January 16, 2025 17:24 |
| **To:** | Mandel, Aaron; Klein, Lawrence |
| **Cc:** | Nicholas Goodman |
| **Subject:** | RE: Case No 2:23-cv-00238-PKC-AYS - Interiano et al v. Arch Specialty Insurance Company Scheduling |

**Caution External Email** - This Message originated outside the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Aaron,

Thanks for the response. Let's chat Tuesday before the conference, say 11:00? From there we can decide how to proceed vis-à-vis the scheduled conference in the afternoon.

Regards,

Patrick L. Selvey Jr.
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, New York 10010
Office:  (212) 227-9003
Direct:  (917) 386-2705
pselvey@ngoodmanlaw.com

**From:** Mandel, Aaron <amandel@dacbeachcroft.com>
**Sent:** Thursday, January 16, 2025 4:58 PM
**To:** Patrick Selvey <Pselvey@ngoodmanlaw.com>; Klein, Lawrence <lklein@dacbeachcroft.com>
**Cc:** Nicholas Goodman <Ngoodman@ngoodmanlaw.com>
**Subject:** Re: Case No 2:23-cv-00238-PKC-AYS - Interiano et al v. Arch Specialty Insurance Company Scheduling

Patrick:

Thank you for your email and letter late yesterday. Larry and I are out of town until next week, and we have had only limited time to review your letter. We are happy to meet and confer and can be available Monday or <u>Tuesday</u> to do so. Please let us know if you are available either day.

Many thanks,
Aaron

**Aaron Mandel**
**DAC**BEACHCROFT

**From:** Patrick Selvey <Pselvey@ngoodmanlaw.com>
**Sent:** Wednesday, January 15, 2025 6:59:20 PM

1

**To:** Klein, Lawrence <lklein@dacbeachcroft.com>; Mandel, Aaron <amandel@dacbeachcroft.com>
**Cc:** Nicholas Goodman <Ngoodman@ngoodmanlaw.com>
**Subject:** Case No 2:23-cv-00238-PKC-AYS - Interiano et al v. Arch Specialty Insurance Company Scheduling

**Caution External Email** - This Message originated outside the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Counselors,

Please see attached for correspondence regarding the above referenced matter. Your immediate attention is appreciated.

Regards,

Patrick L. Selvey Jr.
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, New York 10010
Office:   (212) 227-9003
Direct:   (917) 386-2705
pselvey@ngoodmanlaw.com

**Please quote our reference on all email correspondence.**

This email is sent by DAC Beachcroft LLP, which is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). DAC Beachcroft's group privacy policy is available here.

The information in this email (and any attachments) is confidential and may be legally privileged. It is for use by the addressee only. If you are not the addressee or if this email is sent to you in error, please let us know separately by return and delete the original email from your system immediately. You may not copy it, use its contents or disclose them to another person. Please note that we may intercept, monitor and store emails for the purposes of ensuring compliance with law, our policies and for audit purposes.

Please be aware of the increase in cybercrime and fraud. DAC Beachcroft will not send you information about changes to bank account details by email. If you receive an email purporting to be from someone at DAC Beachcroft advising you of a change to bank account details, it is not genuine. Do not reply to the email or act on any information it may contain. Instead please contact the person dealing with your matter immediately. DAC Beachcroft accepts no responsibility if you transfer money to a bank account which is not ours. No liability is accepted for viruses and it is your responsibility to scan this email (and any attachments).