# EXHIBIT D

# Mandel, Aaron

| | |
|---|---|
| **From:** | Clarkson, Roderick |
| **Sent:** | Wednesday, January 22, 2025 11:34 |
| **To:** | Bohonnon, Liam; Gandhi, Shiv; Klein, Lawrence; Lankton, Eric; Lee, Gilbert; Mandel, Aaron; Schneider, Michael; Sigman, Jennifer; Stevens, Alexis; Torres, Lisa |
| **Subject:** | Fortitude Re - Arch Insurance (All-Boro DJ) |

Good morning everyone

**Fortitude Re - Arch Insurance (All-Boro DJ)**

We act in the above matter, which involves Juan Carlos Interiano.

I know that many of you will already be aware of professional obligations which prevent you from discussing this matter with new colleagues who have joined the firm from Vogrin & Frimet. (Vogrin & Frimet previously acted for Mr Interiano).

May I re-iterate from a DAC Beachcroft perspective that all recipients of this email should ensure that no such discussions relating to this matter take place.

If you are asked about the matter – or if, at any stage, you believe that you may have received information or documents relating to Mr Interiano's involvement in the matter – please contact the Office of the General Counsel at ogc@dacbeachcroft.com immediately.

In the meantime, if you have any questions or concerns about this e-mail, please do raise them with me in the first instance.

Thank you for your help.


**Roderick Clarkson**
**Associate – Office of the General Counsel**
DAC Beachcroft LLP

**DAC B**EACHCROFT

St Paul's House, 23 Park Square South, Leeds LS1 2ND
**T**: +44 (0)113 251 4821
**M**: +44 (0)7469 108527
rclarkson@dacbeachcroft.com

  **dacbeachcroft.com**

1