THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP LLC, and ALL-BORO CONSTRUCTION GROUP, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ARCH SPECIALTY INSURANCE COMPANY, <br><br>Defendants. | : <br> : <br> : <br> : <br> : <br> : Case No.: 2:23-cv-00238-PKC-AYS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

Please enter the appearance of **_Robert J. Cosgrove, Esq._**, as counsel of record for defendant ARCH SPECIALTY INSURANCE COMPANY in the above-captioned matter.

Dated: New York, NY
September 19, 2025

                                                WADE CLARK MULCAHY LLP

                                                */s/ Robert J. Cosgrove*

                                                _____
                                                By:  Robert J. Cosgrove, Esq.
                                                *Attorneys for Defendant Arch Specialty Insurance Company*
                                                180 Maiden Lane, Suite 904
                                                New York, NY 10038
                                                (267) 665-0743
                                                rcosgrove@wcmlaw.com
                                                WCM #122.17323