THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP LLC, and ALL-BORO CONSTRUCTION GROUP, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, <br><br>  Defendants. | : <br> : <br> : <br> : <br> : <br> : Case No.: 2:23-cv-00238-PKC-AYS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

Please enter the appearance of ***Jason T. Laicha, Esq.***, as co-counsel of record for defendant ARCH SPECIALTY INSURANCE COMPANY in the above-captioned matter.

Dated: New York, NY
September 25, 2025

                                        WADE CLARK MULCAHY LLP

                                        */s/ Jason T. Laicha*

                                        _____
                                        By:  Jason T. Laicha, Esq.
                                        *Attorneys for Defendant Arch Specialty Insurance Company*
                                        180 Maiden Lane, Suite 904
                                        New York, NY 10038
                                        (267) 665-0743
                                        rcosgrove@wcmlaw.com
                                        WCM #122.17323