# DAC BEACHCROFT

(917) 268-3990
lklein@dacbeachcroft.com

September 26, 2025

*Via ECF*

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Interiano v. Arch Specialty Insurance Co.*, Case No. 23-cv-0238-PKC-AYS

Dear Judge Shields:

Our firm previously represented defendant Arch Specialty Insurance Co. ("Arch") in the above-referenced matter. Pursuant to Your Honor's August 20, 2025 Order, Arch was instructed to retain new counsel within 30 days of the Order. Robert J. Cosgrove and Jason T. Laicha of Wade Clark Milcahy LLP have entered appearances on behalf of Arch. Therefore, we respectfully request Your Honor to direct the Clerk of the Court to terminate the appearances of my colleague, Aaron F. Mandel and the undersigned from the Court's docket.

Respectfully submitted,

*Lawrence Klein*

Lawrence Klein

cc: All Counsel of Record (via ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 212 513 1075  fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.