**WADE CLARK MULCAHY LLP | ATTORNEYS**

180 Maiden Lane | Suite 904 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

October 7, 2025

*Via ECF*
The Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York (Central Islip)

      Re:     *Juan Carlos Interiano, et al. v. Arch Specialty Insurance Company*
      Case No.:  2:23-cv-00238-PKC-AYS
      WCM No.:  122.17323

Dear Judge Shields:

This firm represents Defendant Arch Specialty Insurance Company ("Arch") in the above referenced action. We write, with the consent of counsel for Plaintiff Juan Carlos Interiano ("Interiano"), in accordance with Your Honor's September 23, 2025, Order directing the parties to confer and to submit a joint status letter advising as to what discovery has been completed and what, if any, discovery remains to make this case ready for trial or dispositive motion practice. The parties have conferred and together submit this joint status letter.

In regard to written discovery, Interiano will provide Arch with responses to the discovery demands sent by Arch's prior counsel. Interiano has agreed to provide those responses by November 7, 2025. Still at issue are (a) Arch's production of the Arch-Armour Contract and (b) Arch's response to Request #16 in Interiano's First Request for Production of Documents. Upon receipt and review of those responses and any documents produced therewith, assuming they are sufficient, the parties may issue limited additional written discovery demands.

In regard to deposition discovery, Arch currently anticipates seeking to depose Interiano and issuing subpoenas for (a) the deposition of a representative of All-Boro Rehab Construction Corp. (which assigned its rights to Interiano) and (b) Raymond V. Ardito, who represented Interiano in the underlying actions. Interiano currently anticipates seeking to depose the individual(s) that was/were responsible for handling All-Boro Rehab Construction Corp.'s claim for coverage. The parties reserve their rights to object to deposition notices. The parties anticipate supplementing this list of anticipated witnesses based on the written discovery responses, and the deposition testimony of the preliminary witnesses.

The parties await Your Honor's instruction.

Respectfully submitted,

WADE CLARK MULCAHY LLP
/s
Robert J. Cosgrove
Jason Laicha