UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JUAN CARLOS INTERIANO, Individually, and JUAN CARLOS INTERIANO, as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC and ALL-BORO CONSTRUCTION GROUP, INC.,

          Plaintiffs,

    - against -

ARCH SPECIALTY INSURANCE COMPANY,

          Defendant.

-------------------------------------------------------------------------X

Case No. 23-cv-238-PKC-AYS

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F. R. C. P. 41(a)(1)(A)(ii)**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties who have appeared in this action, that the above-captioned action, including all claims asserted therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees, except as otherwise provided by the parties' mutual agreement.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, including by electronic signature, and filed electronically with the Court.

      **IT IS FURTHER STIPULATED AND AGREED** that the Clerk of the Court is respectfully directed to close this case.

Dated: New York, New York
       June 26, 2026

By: _____
H. Nicholas Goodman
NICHOLAS GOODMAN & ASSOCIATES, PLLC
Attorneys for Plaintiffs
**JUAN CARLOS INTERIANO Individually and as assignee of ALL-BORO REHAB CONSTRUCTION CORP., ALL BORO GROUP, LLC and ALL-BORO CONSTRUCTION GROUP, INC.**
333 Park Avenue South, Suite 3A
New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com

By: _____
Robert J. Cosgrove
WADE CLARK MULCAHY LLP
Attorneys for Defendant
**ARCH SPECIALTY INSURANCE COMPANY**
1515 Market Street, Suite 2050
Philadelphia, PA 19102
(267) 665-0743
rcosgrove@wcmlaw.com